# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3108
_____

PATRICK A. CHAMBERS,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


August 20, 2024


PER CURIAM.

The Court denies the petition for writ of certiorari on the merits.

B.L. THOMAS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick A. Chambers, pro se, Petitioner.

Ashley Moody, Attorney General, and Juanita Villalpando, Assistant Attorney General, Tallahassee, for Respondent.